JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

NICOL A.,[1]

Plaintiff,

v.

FRANK BISIGNANO,
Commissioner of Social Security,

Defendant.

Case No. 5:25-cv-01959-MAR

JUDGMENT

It is the judgment of this Court that the final decision of the Commissioner of the Social Security Administration is **REVERSED**, and the action is **REMANDED** for further proceedings consistent with the Memorandum and Order.

DATED: August 13, 2026

MARGO A. ROCCONI
UNITED STATES MAGISTRATE JUDGE

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.